# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DARYISE L. EARL,**

        Petitioner,

    -vs-                                             **Case No. 15-C-58**

**BRIAN FOSTER, Warden,**
**Green Bay Correctional Institution,**

        Respondent.

## DECISION AND ORDER

Daryise Earl moves for leave to proceed *in forma pauperis* in connection with this action under 28 U.S.C. § 2254. Earl's Prisoner Trust Account Statement demonstrates that he can easily afford the $5.00 filing fee to commence this action.

Therefore, Earl's motion [ECF No. 2] is **DENIED**. Within **thirty (30) days** of this Order, Earl must pay the filing fee. If the fee is not paid, this matter will be dismissed for want of prosecution.

Dated at Milwaukee, Wisconsin, this 9th day of February, 2015.

                                                          **SO ORDERED:**

                                                    **HON. RUDOLPH T. RANDA**
                                                    **U.S. District Judge**